Date signed April 17, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RIDDICK L. BOWE, 1st | : | Case No. 05-41735PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION
(First Application by Penta Advisory Services, LLC
for Allowance of Interim Compensation and Reimbursement of Expenses)

      Before the court is the First Application by Penta Advisory Services, LLC, accountant and financial consultant ("Penta" and "Applicant"), for allowance of interim compensation for services rendered the Debtor for the period November 14, 2005, through October 31, 2006 (the "Application").  The Application seeks a fee of $110,000.00 and reimbursement of expenses of $214.54.  Objections were filed on behalf of creditors Commerce Funding Corporation and Debtor's former spouse, Judy Hart.

      Much of what the court stated in its Memorandum of Decision entered March 21, 2007, concerning the Second Application of Debtor's lawyers for compensation is applicable here. When the time comes for distribution, there may well be an administrative insolvency.  This case went nowhere, and the Debtor was unable to provide many of the underlying details required to administer his case in bankruptcy.  One difference between the two applications is that Penta provided significant benefit to the estate that will be useable by the Chapter 7 Trustee.  For example, the Claim filed by the Internal Revenue Service in the sum of $372,304.54 is said to have been reduced to $42,000.00.  The claim of The Comptroller of the Treasury of Maryland in

the sum of $80,000.00 is said to have been reduced to zero.  In addition, net operating loss carry-forwards and capital loss carry-forwards were established and are estimated to be nearly $1 million, all of which will be of substantial benefit to the Chapter 7 Trustee.

While the objecting parties complain of certain excesses, to some extent these were explained by the testimony at the hearing on April 11, 2007.  To the extent not explained, these matters are subsumed by the discretionary adjustment taken by the Penta, reducing its charges by over $23,000.00.  The court finds that the Applicant did the job required of it, and the results obtained justify in large measure the fees charged.  The court will allow interim compensation of $75,000.00 and reimbursement of the out-of-pocket expenses claimed.  An appropriate order will be entered.

cc:
Charles R. Goldstein, Esq., Penta Advisory Services LLC,
    2 North Charles Street, Suite 400, Baltimore, MD  21201
Riddick L. Bowe, 1st, 714 Amer Drive, Ft. Washington, MD 20744
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Heather R. Sullenberger, Esq., 4113 Maple Street, Fairfax, VA  22030
Lawrence R. Holzman, Esq., 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770
J. Daniel Vorsteg, Esq., Whiteford Taylor, 7 St. Paul Street, Baltimore, MD 21202
Michael G. Wolff, Trustee, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850
Jeffrey M. Orenstein, Esq., 15245 Shady Grove Road, Suite 465, Rockville, MD 20850

**End of Memorandum**